■ The People of the State of New York, Respondent, v. Frank Thomas, Appellant.— Appeal dismissed for failure to comply with previous order.

■ The People of the State of New York, Respondent v. Dick Holliday, Also Known as Richard Dean Holliday, Appellant.— Motion granted and appeal dismissed.

■ The People of the State of New York, Respondent, v. Gerald J. Brennan, Appellant.— Motion granted to appeal on one certified copy of the judgment roll filed pursuant to section 485 of the Code of Criminal Procedure, and the copy of the stenographic minutes of the entire proceedings of the trial certified by the stenographer and filed pursuant to section 456 of the Code of Criminal Procedure and five typewritten copies of brief.

■ The People of the State of New York, Respondent, v. James McCants, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York, Plaintiff, v. Hubert Richard Carr, Lyle Norman Hoage and George Lambert, Defendants.— Motion under section 344 of the Code of Criminal Procedure granted and trial removed from County Court of Lewis County to Supreme Court, Monroe County. We are satisfied from the moving papers that a fair and impartial trial cannot be had in the county where the indictment is pending.

■ The People of the State of New York, Respondent, v. Raymond R. Vogel, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York ex rel. Joseph Scarola, Appellant, against Robert E. Murphy, as Warden of Auburn Prison, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ In the Matter of the Construction of the Will of Nellie Butts, Deceased. Harold S. Smith et al., Appellants; Fred Butts, Respondent.— Appeal dismissed without costs, upon stipulation.

■ The People of the State of New York, Respondent, v. Michael Spack, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York, Respondent, v. Richard Joseph Darling, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ Mary A. Leotta, Individually and as Administratrix of the Estate of Alfred R. Leotta, Deceased, Respondent, v. Joseph E. Plessinger et al., Appellants.— Appeal of defendant Riggs Dairy Express dismissed for failure to comply with previous order, with $10 motion costs.

■ Philip Arcuri et al., Plaintiffs, v. Boys Club of Utica, N. Y., Inc., Defendant.— Motion granted and appeal dismissed, without costs, for failure to file and serve records and briefs.

■ Niles E. Lincoln, Respondent, v. Erie Railroad Company, Appellant.— Order of dismissal for failure to prosecute entered pursuant to rule X of the Appellate Division, Fourth Department, Calendar Rules.